United States District Court

Western District of Texas

Austin

Deficiency Notice

| | |
|---|---|
| To: | Steffensen, Peter B. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, July 14, 2023 |
| Re: | 01:23-CV-00783-DII / Doc # 2 / Filed On: 07/13/2023 |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

> The requested summons cannot be issued because you listed multiple defendants on the same summons.  Each defendant is issued a separate summons.  Please resubmit your request with one summons per defendant.  You may include multiple summonses within a single PDF document/request.