IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH, <br> *Plaintiff*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, STEVEN C. MCCRAW, in his official capacity as Director and Colonel of the Texas Department of Public Safety, AMANDA CRAWFORD, in her official capacity as Executive Director of the Texas Department of Information Resources and Chief Information Officer of Texas, DALE RICHARDSON, in his official capacity as Chief Operations Officer of the Texas Department of Information Resources, ASHOK MAGO, LAURA WRIGHT, LINDY RYDMAN, CARLOS MUNGUIA, MARY DENNY, MILTON B. LEE, MELISA DENIS, DANIEL FEEHAN, and JOHN SCOTT, JR., in their official capacities as members of the Board of Regents of the University of North Texas System, and MICHAEL WILLIAMS, in his official capacity as Chancellor of the University of North Texas System, <br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 1:23-cv-00783 |

**NOTICE OF APPEARANCE OF COUNSEL FOR GREG ABBOTT**

Defendant, Greg Abbott, in his official capacity as Governor of the State of Texas, files this Notice of Appearance of Counsel, giving notice of the appearance of

1

the following Assistant Attorney General as counsel of record, licensed to practice law in the State of Texas and a member in good standing of the State Bar of Texas:

>Todd A. Dickerson
>Assistant Attorney General
>General Litigation Division
>P.O. Box 12548, Capitol Station
>Austin, Texas 78711-2548
>Telephone: (512) 463-2120
>Facsimile: (512) 320-0667
>Todd.Dickerson@oag.texas.gov

Governor Abbott asks the Clerk of this Court and all parties and counsel of record take notice of this appearance of counsel for him, and respectfully requests that the Court serve the undersigned with all court-issued notices, all pleadings and other filings, and all other communications with respect to this lawsuit.

Dated: August 4, 2023

Respectfully submitted,

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Interim Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division
RYAN KERCHER
Deputy Chief, General Litigation Division

*/s/Todd Dickerson*
TODD DICKERSON
Attorney-in-charge

Texas Bar No. 24118368  
Office of the Attorney General  
Assistant Attorney General  
P.O. Box 12548, Capitol Station  
Austin, Texas 78711-2548  
(512) 463-2120 | FAX: (512) 320-0667  
Todd.Dickerson@oag.texas.gov  
**ATTORNEYS FOR GOVERNOR GREG ABBOTT**

### CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager to:

Peter B. Steffensen  
SMU Dedman School of Law  
First Amendment Clinic  
P.O. Box 750116  
Dallas, TX 75275  
(214) 768-4077  
psteffensen@smu.edu

Jameel Jaffer  
Ramya Krishnan  
Stacy Livingston  
Knight First Amendment Institute  
at Columbia University  
475 Riverside Drive, Suite 302  
New York, NY 10115  
(646) 745-8500  
jameel.jaffer@knightcolumbia.org  
*Counsel for Plaintiff*

/s/ Todd Dickerson  
TODD DICKERSON