IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH, <br>     *Plaintiff*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, STEVEN C. MCCRAW, in his official capacity as Director and Colonel of the Texas Department of Public Safety, AMANDA CRAWFORD, in her official capacity as Executive Director of the Texas Department of Information Resources and Chief Information Officer of Texas, DALE RICHARDSON, in his official capacity as Chief Operations Officer of the Texas Department of Information Resources, ASHOK MAGO, LAURA WRIGHT, LINDY RYDMAN, CARLOS MUNGUIA, MARY DENNY, MILTON B. LEE, MELISA DENIS, DANIEL FEEHAN, and JOHN SCOTT, JR., in their official capacities as members of the Board of Regents of the University of North Texas System, and MICHAEL WILLIAMS, in his official capacity as Chancellor of the University of North Texas System, <br>     *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 1:23-cv-00783 |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**

Defendants Greg Abbott, Steven C. McCraw, Amanda Crawford, Dale Richardson, Ashok Mago, Laura Wright, Lindy Rydman, Carlos Munguia, Mary

1

Denny, Milton B. Lee, Melisa Denis, Daniel Feehan, John Scott, Jr., and Michael Williams (collectively "Defendants") request that their deadline to file an answer or other responsive pleading under Fed. R. Civ. P. 12 be extended to September 8, 2023. Defendants request this extension as their counsel began receiving summonses the day before he left for a nearly two-week pre-planned vacation, and as he has various other imminent matters he must attend to upon his return from vacation.

This is Defendants' first request for an extension. Plaintiff's counsel was unopposed to this request. We thank the Court for its time and attention to this matter.

Dated: August 4, 2023

Respectfully submitted,

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Interim Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division

RYAN KERCHER
Deputy Chief, General Litigation Division

*/s/Todd Dickerson*
TODD DICKERSONS
Attorney-in-charge

                                            Texas Bar No. 24118368
                                            Office of the Attorney General
                                            Assistant Attorney General
                                            P.O. Box 12548, Capitol Station
                                            Austin, Texas 78711-2548
                                            (512) 463-2120 | FAX: (512) 320-0667
                                            Todd.Dickerson@oag.texas.gov
                                            **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

      I hereby certify that on July 31, 2023, my office emailed counsel for the Plaintiff regarding a 21-day extension to file answers on behalf of the UNT Defendants and Col. McGraw by separate emails. My office then followed up with Plaintiff's counsel after the remaining Defendants were served. Plaintiff's counsel advised that she was unopposed to the request.

                                            */s/ Todd Dickerson*
                                            TODD DICKERSON

## CERTIFICATE OF SERVICE

      I hereby certify that on August 4, 2023, a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager to:

Peter B. Steffensen
SMU Dedman School of Law
First Amendment Clinic
P.O. Box 750116
Dallas, TX 75275
(214) 768-4077
[psteffensen@smu.edu](mailto:psteffensen@smu.edu)

Jameel Jaffer
Ramya Krishnan
Stacy Livingston
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
[jameel.jaffer@knightcolumbia.org](mailto:jameel.jaffer@knightcolumbia.org)
*Counsel for Plaintiff*

*/s/ Todd Dickerson*
TODD DICKERSON