IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br>    *Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, STEVEN C. MCCRAW, in his official capacity as Director and Colonel of the Texas Department of Public Safety, AMANDA CRAWFORD, in her official capacity as Executive Director of the Texas Department of Information Resources and Chief Information Officer of Texas, DALE RICHARDSON, in his official capacity as Chief Operations Officer of the Texas Department of Information Resources, ASHOK MAGO, LAURA WRIGHT, LINDY RYDMAN, CARLOS MUNGUIA, MARY DENNY, MILTON B. LEE, MELISA DENIS, DANIEL FEEHAN, and JOHN SCOTT, JR., in their official capacities as members of the Board of Regents of the University of North Texas System, and MICHAEL WILLIAMS, in his official capacity as Chancellor of the University of North Texas System,<br>    *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 1:23-cv-00783 |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**

On this day the Court considered Defendants' Unopposed Motion to Extend Time to File a Responsive Pleading. The Court GRANTS Defendants' Motion and

1

extends Defendants' deadline to file an answer or other responsive pleading under Fed. R. Civ. P. 12 to September 8, 2023.

    SIGNED on _____, 2023

                                                          _____
                                                          United States District Judge