**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>                 Plaintiff,<br><br>    v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas,<br><br>STEVEN C. MCCRAW, in his official capacity as Director and Colonel of the Texas Department of Public Safety,<br><br>AMANDA CRAWFORD, in her official capacity as Executive Director of the Texas Department of Information Resources and Chief Information Officer of Texas,<br><br>DALE RICHARDSON, in his official capacity as Chief Operations Officer of the Texas Department of Information Resources,<br><br>ASHOK MAGO, LAURA WRIGHT, LINDY RYDMAN, CARLOS MUNGUIA, MARY DENNY, MILTON B. LEE, MELISA DENIS, DANIEL FEEHAN, and JOHN SCOTT JR., in their official capacities as members of the Board of Regents of the University of North Texas System, and<br><br>MICHAEL WILLIAMS, in his official capacity as Chancellor of the University of North Texas System,<br><br>                 Defendants. | Civil Action No. 1:23-cv-783<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**DECLARATION OF DR. IOANA LITERAT** |

## DECLARATION OF DR. IOANA LITERAT

I, Ioana Literat, declare:

1.      I understand that the Coalition for Independent Technology Research, the Plaintiff in the above-captioned matter, has moved the court for a preliminary injunction, and I am submitting this declaration in support of its motion. I have personal knowledge of the facts set forth herein and, if called to testify as a witness, I could do so competently under oath.

### Career and Background

2.      I am Associate Professor of Communication, Media and Learning Technologies Design at Teachers College, Columbia University. Additionally, I am also the Associate Director of the Media and Social Change Lab, and Affiliated Faculty at the Digital Futures Institute at Teachers College.

3.      I received a Bachelor of Arts degree in Film and Media Culture from Middlebury College in 2009, a Master's degree in Communication from the University of Southern California in 2013, and a Ph.D. in Communication from the University of Southern California in 2015. I was appointed as an Assistant Professor of Communication, Media and Learning Technologies Design at Teachers College, Columbia University in 2015, and was promoted to Associate Professor with tenure in 2021.

4.      I have published over 50 peer-reviewed articles in top journals within the field of communication, in addition to numerous book chapters, conference proceedings and a forthcoming book on social media and young people's political expression. My areas of expertise are social media and online communities, youth digital practices, online political expression, and online creativity. Much of my recent and current work focuses on TikTok as a key site for self-expression and socialization. *See, e.g.*, Ioana Literat, *"Teachers Act Like We're Robots": TikTok as a Window Into Youth Experiences of Online Learning During COVID-19*, 7 Am. Educ. Rsch. Assoc. Open

(2021), https://doi.org/10.1177/2332858421995537; Ioana Literat & Neta Kligler-Vilenchik, *TikTok as a Key Platform for Youth Political Expression: Reflecting on the Opportunities and Stakes Involved*, 9 Soc. Media & Soc'y (2023), https://doi.org/10.1177/20563051231157595; Ioana Literat, Lillian Boxman-Shabtai & Neta Kligler-Vilenchik, *Protesting the Protest Paradigm: TikTok as a Space for Media Criticism*, 28 Int'l J. Press/Pols (2022), https://doi.org/10.1177/19401612221117481; Catherine Cheng Stahl & Ioana Literat, *#GenZ on TikTok: The Collective Online Self-portrait of the Social Media Generation*, J. Youth Stud. (2022), https://doi.org/10.1080/13676261.2022.2053671.

5.      I was one of the first researchers to begin studying TikTok (beginning my research on its predecessor app, musical.ly, in 2016) and have built a strong reputation as a go-to source for academic expertise on the platform, as evidenced by my peer-reviewed publications on TikTok, as well as my numerous media invitations and interviews detailed below.

6.      I have shared my expertise on social media—and TikTok in particular—in over 60 media appearances and press interviews, for outlets including *The New York Times, The Washington Post, The Atlantic, CNN, BBC, Newsweek* and *Wired*. My perspectives on TikTok have also been sought by journalists from foreign media outlets, including in Spain, France, Austria, Switzerland, Canada, Australia, Mexico and Romania. Additionally, I have been invited to speak to the press on the specific topic of the TikTok ban, including most recently for *The Washington Post, NBC News, Ars Technica,* and *Bloomberg.*

7.      I have served as a consultant on matters related to social media and youth digital practices for a wide range of clients, including technology companies, nonprofit organizations, market research firms, and educational institutions.

8.     I am a member of the International Communication Association (ICA), the Association of Internet Researchers (AoIR), and the National Association for Media Literacy Education (NAMLE), where I served on the Board of Directors between 2020–2022.

9.     A copy of my curriculum vitae is attached to this declaration.

### TikTok: Overview, Affordances, Audiences

10.    TikTok is a popular social media platform that allows users to create and share short videos. It has gained tremendous popularity, particularly among younger audiences, since its launch in 2016. TikTok is known for its easy-to-use video editing tools, creative filters, and a vast library of music and sounds that users can incorporate into their videos. The platform offers a wide range of content categories, including humor, fashion, beauty, cooking, DIY, and more.

11.    TikTok was created by Zhang Yiming, the founder of a Chinese technology company called ByteDance. Initially, ByteDance launched a similar app called Douyin in September 2016 exclusively for the Chinese market. In order to expand its reach to international audiences, ByteDance launched a version of the app called TikTok in September 2017, which quickly became popular in markets outside of China. TikTok's breakthrough moment came in 2018 when it merged with another social media app called musical.ly, a lip-syncing app that had gained considerable traction, particularly among teenagers in the United States. By merging with musical.ly, TikTok was able to expand its user base and integrate the features and content from both platforms, solidifying its position as a major player in the social media landscape.

12.    In its current form, TikTok provides multiple affordances for creators, allowing them to express their creativity, engage with a global audience, and potentially build a following. These affordances for creators include:

a. <u>Short-form video creation</u>. TikTok's primary format is that of short videos. Videos typically range between 15–60 seconds, with the maximum recording length currently being three minutes. This brevity allows creators to quickly capture the audience's attention and convey their content in a concise and engaging manner. It encourages creativity within the constraints of a short timeframe.

b. <u>User-friendly video editing tools</u>. TikTok offers a range of user-friendly video editing tools, effects, filters, and features that creators can use to enhance their videos. These tools enable creators to add text, stickers, special effects, transitions, and filters to make their content visually appealing and unique.

c. <u>Vast music and sound library</u>. TikTok has an extensive library of licensed music, sound bites, and audio clips that creators can incorporate into their videos. This vast selection allows creators to add popular songs, trending sounds, or custom audio to enhance the mood or theme of their content.

d. <u>Discoverability through the "For You" feed</u>. TikTok's algorithm-driven content recommendation system, showcased in the "For You" feed, is a significant boon for creators. When a creator's content resonates with users or aligns with their interests, the algorithm can amplify its reach, leading to increased visibility and potential growth in followers. If creators' content catches on and gains traction, it can quickly spread across and beyond the platform, potentially reaching a large audience and boosting the creator's visibility.

e. <u>Engagement with other creators and audiences</u>. TikTok facilitates interaction with other users' content via the duet and stitch features, which allow creators to incorporate others' content into their own videos, respond to it, build on it, or add

their own twist. TikTok also provides various engagement features for creators to connect with their audience. Users can like, comment, and share videos, enabling creators to receive feedback, build a community, and foster dialogue with their followers. The app also offers live streaming options, enabling real-time interaction and Q&A sessions with viewers.

f.  <u>Monetization opportunities</u>. TikTok offers a Creator Fund program that allows eligible creators to earn money based on their video views. Additionally, creators can use the platform to showcase their talents, gain wider recognition, or even leverage their TikTok presence to secure partnerships or sponsored content opportunities, potentially generating income from their TikTok activity.

13.  TikTok also offers affordances for audiences that make the platform engaging and entertaining. These affordances for audiences include:

a.  <u>Diverse bite-sized content</u>. TikTok's short-form video format makes it easy for audiences to consume a wide range of content quickly. Users can scroll through a variety of videos, spanning different topics, genres, and styles. With TikTok's algorithm helping users discover content related to their specific interests, audiences can find communities and content focused on specific (and often quite niche) hobbies, interests, subcultures, and more.

b.  <u>Personalized content discovery</u>. TikTok's algorithm analyzes user behavior, engagement, and interests to curate a personalized "For You" feed. This feed presents content that aligns with the user's preferences, making it easier for audiences to discover and consume content that they are likely to engage with. The algorithm learns from user behavior and so becomes more effective over time.

    c.   <u>Interactivity and engagement</u>. TikTok encourages active engagement from its audience. Users can like, comment on, and share videos, allowing for interaction with creators and fellow viewers. The app's engagement features facilitate conversations, feedback, and community-building among users. TikTok's content often showcases everyday people sharing their experiences, thoughts, and emotions. This relatability creates a sense of connection between creators and audiences, fostering a supportive and empathetic community.

    d.   <u>Global exposure and cultural diversity</u>. As an immensely popular global platform, TikTok has a vast and diverse user base from around the world. Audiences can explore content created by individuals from different cultures, backgrounds, and perspectives, providing exposure to a variety of voices and fostering cross-cultural understanding.

14.    TikTok is popular globally, with users from diverse backgrounds. The app's user base includes a broad range of individuals, including content creators, influencers, celebrities, and everyday users seeking entertainment and creative expression.

15.    Globally, the app boasts three billion downloads, one billion global active users, and 50 million daily active users. It is the #1 downloaded app in more than 40 countries, available in 150+ markets and 35+ languages. TikTok is especially popular with young people: 42% of its global user base is aged 18–24, and 31% is aged 25–34. TikTok users spend a daily average of 1.5 hours on the app. *See* Stacey McLachlan, *50+ Important TikTok Stats Marketers Need to Know in 2023*, Hootsuite (Apr. 13, 2023), https://perma.cc/E8DN-V8CK. In the U.S., TikTok has 150 million monthly active users, and is especially popular with young people. *See* David Shepardson,

*TikTok Hits 150 Million U.S. Monthly Users, Up From 100 Million in 2020*, Reuters (Mar. 20, 2023), https://perma.cc/8U56-9WEZ.

16.     The cultural impact of TikTok extends beyond its active users. The platform has become a hub for the latest pop culture trends, memes and viral content, which often spread beyond TikTok to other social media platforms, online spaces, or media outlets.

### TikTok as a Medium for Important Speech

17.     While TikTok gained early popularity for relatively frivolous content like dance challenges, lip-synchs and memes, the platform is now much more than that. Today, TikTok offers a very broad range of content and enables users to find entertainment, inspiration, education, and connection across a wide array of interests and topics.

18.     <u>Political expression and activism.</u> TikTok has become a key platform for political expression and activism. Creators and commenters use TikTok to address important topics, share personal stories, advocate for causes, and educate others about various social, environmental and political matters. To give just a few recent examples, TikTok has played a key role in awareness-raising and mobilization around Black Lives Matter, reproductive justice, and environmental issues. In particular, as I've shown in my research, TikTok is a valuable space for *youth* political expression and activism, enabling young people to experiment with their political voice in richly creative ways. *See, e.g.*, Ioana Literat & Neta Kligler-Vilenchik, *TikTok as a Key Platform for Youth Political Expression: Reflecting on the Opportunities and Stakes Involved*, Soc. Media & Soc'y (2023), https://doi.org/10.1177/20563051231157595; Ioana Literat, Lillian Boxman-Shabtai & Neta Kligler-Vilenchik, *Protesting the Protest Paradigm: TikTok as a Space for Media Criticism*, 28 Int'l J. Press/Pols (2022), https://doi.org/10.1177/19401612221117481.

19.     A significant appeal of TikTok is the way it fosters a sense of relatability among young people, which is crucial when it comes to civic education and political socialization. In forming their attitudes about political topics, young people care deeply about what their peers think—and a main place where their peers are talking about politics today is TikTok. What is more, by enabling users to connect to an assumed like-minded audience, TikTok encourages a form of political expression that is quintessentially collective—a vital element for the success of social movements.

20.     <u>Education and learning</u>: TikTok is also frequently used for educational purposes, with creators sharing informative and instructional content on topics such as science, history, language learning, mental health, personal finance, and more. TikTok's short-video format allows users to both produce and consume educational content in an engaging and accessible way. This educational content includes both traditional academic content (such as explaining challenging mathematical concepts to young audiences) and non-academic educational content, like do-it-yourself (DIY) tutorials and helpful tips (e.g., home improvement projects, cooking recipes, and "life hacks"). Indeed, as evidence of its educational significance and reach, TikTok is used as an educational platform not just by regular users, but also by established institutions such as museums, health organizations, and universities.

21.     <u>Music, art, and creativity</u>: TikTok's roots lie in music, and the platform continues to be a key space for musicians and music-loving audiences; in fact, many songs and artists have gained popularity thanks to TikTok's viral potential. In addition to music, TikTok is an important hub for art and creativity more broadly. It hosts a vibrant community of artists, filmmakers, comedians, and other creative users, and provides unique insight into the contemporary creative sphere by allowing these artists to share not only their final creative products, but also their creative

process (e.g., via time-lapses, Q&As with the audience, or tutorials). Significantly, given its popularity, TikTok also shapes aesthetic trends and even gives rise to new genres and artistic movements.

22.     Journalism. TikTok is increasingly being used as a platform for news consumption and dissemination. Worldwide, 32.4% of TikTok users use the app to keep up-to-date with current events, and in the U.S., a quarter of adults under 30 say they get their news on TikTok regularly. *See* Stacey McLachlan, *50+ Important TikTok Stats Marketers Need To Know in 2023*, Hootsuite (Apr. 13, 2023), https://perma.cc/E8DN-V8CK; Emily A. Vogels, Risa Gelles-Watnick & Navid Massarat, *Teens, Social Media and Technology 2022*, Pew Rsch. Ctr. (Aug. 10, 2022), https://perma.cc/M87W-GTH7.

23.     According to Reuters' newly released 2023 Digital News Report, with traditional news media in a state of crisis, TikTok is the fastest-growing social media platform for news. Many established news organizations and journalists have embraced TikTok as a way to reach younger audiences and share news in a more engaging format. Furthermore, beyond news organizations, TikTok is a key platform for citizen journalism as well, allowing users to share real-time news and events (e.g., protests, natural disasters, social movements, and other significant events) while offering firsthand accounts and a diversity of angles. Additionally, given the increasing prevalence of misinformation in both legacy media and on social media, there are also TikTok creators and organizations dedicated to fact-checking, debunking false or misleading information, or breaking down complex news stories for TikTok audiences. *See* Ioana Literat, Lillian Boxman-Shabtai & Neta Kligler-Vilenchik, *Protesting the Protest Paradigm: TikTok as a Space for Media Criticism*, 28 Int'l J. Press/Pols (2022), https://doi.org/10.1177/19401612221117481.

**For Users, TikTok Is Not Interchangeable with Other Platforms**

24.     TikTok is not fungible with other platforms—for creators or for users. Several things differentiate it from other social media platforms, and contribute to TikTok's unique user experience and the specific community that has been cultivated on the app. For example:

    a.  Features and functionality. TikTok's design and technical affordances are different from other platforms. While other social media platforms may offer similar features and functionalities, the specific combination of TikTok's affordances for creators and audiences (as described above), along with the unique community and content ecosystem on TikTok, make it distinct and not easily interchangeable with other platforms. Indeed, it is telling that Instagram, Facebook, and several other social media platforms have introduced features that try to mimic the appeal of TikTok (i.e., most notably, Instagram Reels or YouTube Shorts, which are both similarly based around short-form video), yet the majority of users continue to prefer TikTok and spend significantly more time there.

    b.  Audience and monetization. Content creators who have established a significant presence on TikTok may face challenges in transitioning their audience and monetization opportunities to a new platform. They have often built their brand and following specifically on TikTok, and recreating that presence on another platform can be a complex and uncertain process. If content creators move to a new platform, it is unlikely that they would be able to migrate their audience and rebuild a similar level of engagement and reach on a different platform.

    c.  User demographics. Content on TikTok reaches a very specific audience, in line with its younger, global user base. As noted above, TikTok has gained significant

popularity among younger audiences, particularly teenagers and young adults. This demographic dominance has shaped the content and culture of the platform and would not simply transfer elsewhere or be found on a different platform.

d. <u>Algorithm</u>. TikTok's recommendation algorithm, which plays a significant role in shaping users' experiences on the app, is also platform-specific and unlike the algorithms that shape engagement on other platforms. In particular, TikTok's algorithm puts more emphasis on "discovery" content, which de-emphasizes content from accounts users follow and makes it possible for niche content to find a wide audience. The "For You" feed personalizes content recommendations based on user behavior, preferences, and interactions; this tailored approach to content discovery sets TikTok apart.

e. <u>Communities and networks.</u> Last but not least, as a growing body of research has attested, TikTok is not just a platform for individual self-expression, but also for connections, community-building and collective expression. TikTok users organize themselves into particular communities—many of them quite niche and unique to the platform—and create networks (of varying degrees of closeness/looseness) that are not transferrable. These communities and networks are the lifeblood of the platform for many users, and are incredibly important not only for socialization but also for other core aspects like identity formation, activism, learning, etc.

## **Research About TikTok**

25.     As I have explained above, TikTok is a distinctive and indeed unique platform that now plays a very significant role in informing and shaping public discourse and culture. That the platform is so influential, and that it is used by so many people around the world, means that

independent research about the platform—including about its data-collection practices, content-moderation practices, and ranking algorithms—is not merely legitimate but absolutely necessary.

26.     I declare under penalty of perjury that the foregoing is true and correct.


Respectfully submitted,

_____

Ioana Literat

August   10   , 2023

EXHIBIT 1

# IOANA LITERAT

525 W 120th Street, Box 19, New York, NY 10027
(212) 678-7409 • literat@tc.columbia.edu
www.ioanaliterat.com

## ACADEMIC EMPLOYMENT

**Associate Professor** (2021-present)
Communication, Media & Learning Technologies Design
Department of Mathematics, Science and Technology
Teachers College, Columbia University (New York, NY)

**Assistant Professor** (2015-2021)
Communication, Media & Learning Technologies Design
Department of Mathematics, Science and Technology
Teachers College, Columbia University (New York, NY)

## EDUCATION

**Ph.D. in Communication**
Annenberg School for Communication and Journalism
University of Southern California (Los Angeles, CA)
2010-2015

**M.A. in Communication**
Annenberg School for Communication and Journalism
University of Southern California (Los Angeles, CA)
2010-2013

**B.A. in Film and Media Culture**
Middlebury College (Middlebury, VT)
2005-2009

## RESEARCH INTERESTS

- **youth online participation** (youth digital practices; participation and agency; ethical aspects of online participation)
- **online political expression** (creativity as political expression; youth online political socialization; media literacy; civic education; activism)
- **online creativity** (Internet-based art; memes and vernacular creativity; contemporary new media culture)

## PUBLICATIONS

_Peer-Reviewed Journal Articles_

\* = _student co-authors_

Abdelbagi, A.\* & **Literat, I.** (2023). Mapping the information landscapes of Sudanese youth: Implications for media literacy education. _International Journal of Communication_ 17, 4755-4777.

**Literat, I.**, & Kligler-Vilenchik., N (2023). TikTok as a key platform for youth political expression: Reflecting on the opportunities and stakes involved. _Social Media + Society_ (Special issue on TikTok and activism). https://doi.org/10.1177/20563051231157595

**Literat, I.,** Boxman-Shabtai, L., & Kligler-Vilenchik., N (2022). Protesting the protest paradigm: TikTok as a space for media criticism. _The International Journal of Press/Politics._ https://doi.org/10.1177/19401612221117481

Cheng-Stahl, C.\* & **Literat, I.** (2022). #GenZ on TikTok: The collective online self-portrait of the social media generation. _Journal of Youth Studies._ https://doi.org/10.1080/13676261.2022.2053671

de Saint-Laurent, C., Glaveanu, V.P., & **Literat, I.** (2022). Mimetic representations of the COVID-19 pandemic: An analysis of objectification, anchoring and identification processes in coronavirus memes. _Psychology of Popular Media._ Advance online publication. http://dx.doi.org/10.1037/ppm0000370

**Literat, I.**, & Kligler-Vilenchik, N. (2021). How popular culture prompts youth collective political expression and cross-cutting political talk: A social media cross-platform analysis. _Social Media + Society._ https://doi.org/10.1177/20563051211008821

**Literat, I.** (2021). On research and hope, in an America aflame: Sketching youth civic futures as a mother and a researcher. _Journal of Children and Media 15_(1), 109-111.

**Literat, I.** (2021). "Teachers act like we're robots": TikTok as a window into youth experiences of online learning during COVID-19. _AERA Open 7_(1). https://doi.org/10.1177/2332858421995537

**Literat, I.,** Chang, Y.K., Eisman, J.\*, & Gardner, J.\* (2021). LAMBOOZLED!: The design and development of a game-based approach to news literacy education. _Journal of Media Literacy Education, 13_(1), 56-66. https://doi.org/10.23860/JMLE-2021-13-1-5.

**Literat, I.**, Abdelbagi, A.\*, Law, N.Y.L.\*, Cheung, M. Y-Y.\*, & Tang, R.\* (2021). Likes, sarcasm and politics: Youth responses to a platform-initiated media literacy campaign on social

media. *Harvard Kennedy School (HKS) Misinformation Review*. https://doi.org/10.37016/mr-2020-67

**Literat, I.** (2021). Memes in the time of corona: An autoethnographic visual essay on memes as relational resources during the COVID-19 pandemic. *Visual Studies* https://doi.org/10.1080/1472586X.2021.1911678.

de Saint-Laurent, C., Glaveanu, V.P., & **Literat, I.** (2021). Internet memes as partial stories: Identifying political narratives in coronavirus memes. *Social Media + Society*, doi: 10.1177/2056305121988932.

Liou, AL,* & **Literat, I.** (2020). "We need you to listen to us": Youth activist perspectives on intergenerational dynamics and adult solidarity in youth movements. *International Journal of Communication 14,* 4662-4682.

**Literat, I.**, & Markus, S.* (2020). 'Crafting a way forward': Online participation, craftivism and civic engagement in Ravelry's Pussyhat Project group. *Information, Communication & Society, 23*(10), 1411-1426.

Brough, M., **Literat, I.**, & Ikin, A. (2020). "Good social media?": Underrepresented youth perspectives on the ethical and equitable design of social media platforms. *Social Media + Society 6*(2), doi: 10.1177/2056305120928488.

**Literat, I.**, Chang, Y.K., & Hsu, S.-Y.* (2020). Gamifying fake news: Engaging youth in the participatory design of news literacy games. *Convergence: The International Journal of Research into New Media Technologies 26*(3), 506-516.

Chang, Y.K., **Literat, I.**, Price, C.,* Eisman, J.,* Gardner, J.,*, Chapman, A., & Truss, A.* (2020). News literacy education in a polarized political climate: How games can teach youth to spot misinformation. *Harvard Kennedy School (HKS) Misinformation Review,* https://doi.org/10.37016/mr-2020-020.

**Literat, I.**, & Brough, M. (2019). From ethical to equitable social media technologies: Amplifying underrepresented youth voices in digital technology design. *Journal of Media Ethics 34*(3), 132-145.

**Literat, I.**, & Kligler-Vilenchik, N. (2019). Youth collective political expression on social media: The role of affordances and memetic dimensions for voicing political views. *New Media & Society 21*(9), 1988-2009.

**Literat, I.,** & van den Berg, S.* (2019). Buy memes low, sell memes high: Vernacular criticism and collective negotiations of value on Reddit's MemeEconomy. *Information, Communication & Society 22*(2), 232-249.

**Literat, I.**, & Kligler-Vilenchik, N. (2018). Youth online political expression in non-political spaces: Implications for civic education. *Learning, Media & Technology 43*(4), 400-417.

4

**Literat, I.**, Kligler-Vilenchik, N., Brough, M., & Blum-Ross, A. (2018). Analyzing youth digital participation: Aims, actors, contexts, and intensities. *The Information Society, 34*(4), 261-273.

Kligler-Vilenchik, N., & **Literat, I.** (2018). Distributed creativity as political expression: Youth responses to the 2016 U.S. Presidential Election in online affinity networks. *Journal of Communication 68*(1), 75-97.

Cybart-Persenaire, A.,* & **Literat, I.** (2018). Writing stories, rewriting identities: Using journalism education and mobile technologies to empower marginalized high school students. *Learning, Media & Technology 43*(2), 181-196.

Glaveanu, V.P., de Saint-Laurent, C., & **Literat, I.** (2018). Making sense of refugees online: Perspective taking, political imagination, and Internet memes. *American Behavioral Scientist 62*(4), 440-457.

**Literat, I.** (2018). Make, share, review, remix: Unpacking the impact of the Internet on contemporary creativity. *Convergence: The International Journal of Research into New Media Technologies 25*(5-6), 1168-1184.

**Literat, I.**, & Glaveanu, V.P. (2018). Distributed creativity on the Internet: A theoretical framework for online creative participation. *International Journal of Communication 12*, 893-908.

**Literat, I.**, Conover, A.*, Herbert-Wasson, E.*, Page, K.K.*, Riina-Ferrie, J.*, Stephens, R.*, Thanapornsangsuth S.*, & Vasudevan, L. (2017). Toward multimodal inquiry: Opportunities, challenges and implications of multimodality for research and scholarship. *Higher Education Research & Development 37*(3), 565-578.

Feng, Y.,* & **Literat, I.** (2017). Redefining relations between creators and audiences in the digital age: The social production and consumption of Chinese internet literature. *International Journal of Communication 11*, 2584-2604.

Li, Q.,* & **Literat, I.** (2017). Misuse or misdesign? Yik Yak on college campuses and the moral dimensions of technology design. *First Monday 22*(7).

**Literat, I.** (2017). The power of a pony: Youth literacies, participatory culture, and active meaning-making. *Journal of Adolescent & Adult Literacy 61*(1), 113-116.

**Literat, I.** (2017). Facilitating creative participation and collaboration in online spaces: The impact of social and technological factors in enabling sustainable engagement. *Digital Creativity 28*(2), 73-88.

**Literat, I.** (2017). Refugee selfies and the (self-)representation of disenfranchised social groups. *Media Fields Journal 12*.

**Literat, I.** (2016). Interrogating participation across disciplinary boundaries: Lessons from political philosophy, cultural studies, education, and art. *New Media & Society 18*(8), 1787-1803.

**Literat, I.,** & Glaveanu, V.P. (2016). Same but different? Distributed creativity in the Internet age. *Creativity: Theory, Research, Applications 3*(2), 330-342.

**Literat, I.** (2015). Implications of massive open online courses (MOOCs) on higher education: Mitigating or reifying educational inequities? *Higher Education Research & Development 34*(6), 1164-1177.

**Literat, I.**, & Balsamo, A. (2014). Stitching the future of the AIDS Quilt: The cultural work of digital memorials. *Visual Communication Quarter*ly *21*(3), 138-149.

**Literat, I.** (2014). Empowering local women through digital training programs: A sustainable income-generating model in Hyderabad, India. *Journal of Interactive Technology and Pedagogy* 5.

**Literat, I.** (2014). Measuring new media literacies: Towards the development of a comprehensive assessment tool. *Journal of Media Literacy Education 6*(1), 15-27.

**Literat, I.** (2013). N=1: A social scientific inquiry into happiness and academic labor. *Hybrid Pedagogy: A Digital Journal of Learning, Teaching, and Technology.*

**Literat, I.** (2013). Participatory innovation: The culture of contests in *Popular Science Monthly*, 1918-1938. *Journalism & Mass Communication Quarterly 90*(4), 776-790.

**Literat, I.,** & Chen, N.-T. ( 2013). Communication infrastructure theory and entertainment-education: An integrative model for health communication. *Communication Theory 24*(1), 83-103.

**Literat, I.** (2013). A pencil for your thoughts: Participatory drawing as a visual research method with children and youth. *International Journal of Qualitative Methods 12,* 84-98.

**Literat, I.** (2013). Participatory mapping with urban youth: The visual elicitation of socio-spatial research data. *Learning, Media & Technology 38*(2), 198-216.

**Literat, I.** (2012). The work of art in the age of mediated participation: Crowdsourced art and collective creativity. *International Journal of Communication 6,* 2962-2984.

Felt, L., Vartabedian, V., **Literat, I.**, & Mehta, R. (2012). Explore Locally, Excel Digitally: A participatory learning after-school program for enriching citizenship on- and offline. *Journal of Media Literacy Education 4*(3).

**Literat, I.** (2012) Cultural innovation and narrative synergy in R. Kelly's *Trapped in the Closet. Alphaville: Journal of Film and Screen Media 3.*

**Literat, I.** (2012). Original democracy: A rhetorical analysis of Romanian post-revolutionary political discourse and the University Square Protests of June 1990. *Central European Journal of Communication 5.1*(8), 25-38.

## *Peer-Reviewed Conference Proceedings*

Kligler-Vilenchik, N., & **Literat, I.** (2022). "Happy Heavenly Birthday, Beautiful Queen": #JusticeForBre and the Black Lives Matter Movement on Instagram." *Association of Internet Researchers (AoIR) Selected Papers of Internet Research (SPIR).*

**Literat, I.**, Abdelbagi, A.*, Law, N.Y.L.*, Cheung, M. Y-Y.*, & Tang, R.* (2021). Likes, sarcasm and politics: Youth responses to a platform-initiated media literacy campaign on social media. *Association of Internet Researchers (AoIR) Selected Papers of Internet Research (SPIR).*

**Literat, I.**, & Kligler-Vilenchik, N. (2020). Youth collective political expression as prompted by popular culture: A social media cross-platform analysis. *Association of Internet Researchers (AoIR) Selected Papers of Internet Research (SPIR).*

Brough, M., **Literat, I.**, & Ikin, A. (2020). "Good social media?": Underrepresented youth perspectives on the ethical and equitable design of social media platforms. *Association of Internet Researchers (AoIR) Selected Papers of Internet Research (SPIR).*

Kligler-Vilenchik, N., & **Literat, I.** (2017). Formative events, networked spaces, and the political socialization of youth. *Association of Internet Researchers (AoIR) Selected Papers of Internet Research (SPIR).*

**Literat, I.** (2017). Contemporary creativity online: An examination of the interplay between art and vernacular creativity on the Internet. *Association of Internet Researchers (AoIR) Selected Papers of Internet Research (SPIR).*

**Literat, I.** (2017). Tapping into the collective creativity of the crowd: The effectiveness of key incentives in fostering creative crowdsourcing. *Proceedings of the 50th Hawaii International Conference on System Sciences (HICSS-50)*. Digital and Social Media Track. Kona, HI.

## *Edited Collections*

Kligler-Vilenchik, N., & **Literat, I.** (2020). Youth digital participation: Opportunities, challenges, contexts, and what's at stake. Special issue of *Media and Communication*.

Reilly, E., & **Literat, I.** (2012). *Designing with teachers: Participatory approaches to professional development in education*. Los Angeles, CA: Annenberg Innovation Lab.

_Book Chapters_

**Literat, I.** (2018). On the digital margins of art worlds: Art and vernacular creativity in online spaces. In P. Messaris and D. Park (Eds.) _The inclusive vision: Essays in honor of Larry Gross_. New York: Peter Lang.

Kligler-Vilenchik, N. & **Literat, I.** (2018). Formative events, networked spaces, and the political socialization of youth. In Z. Papacharissi (Ed.) _The Networked Self: Birth, Life, Death_. New York: Routledge.

**Literat, I.** (2012). Towards a theory of participatory professional development. In E. Reilly & I. Literat (Eds.), _Designing with teachers: Participatory approaches to professional development in education_. Los Angeles, CA: Annenberg Innovation Lab.

**Literat, I**., & Itow, R.C. (2012). Professional development in a culture of participatory learning. In E. Reilly & I. Literat (Eds.), _Designing with teachers: Participatory approaches to professional development in education_. Los Angeles, CA: Annenberg Innovation Lab.

_Other Scholarly Output_

**Literat, I.**, Chang, Y.K., & the Media and Social Change Lab (2023, forthcoming). _LAMBOOZLED! [Digital game]_.

**Literat, I.** (2023). _[imagine [PROMPT]: A chat with @MidjourneyBot, or 10 provocations for the future of media literacy_. White paper. Digital Futures Institute, Teachers College, Columbia University.

**Literat, I.**, Chang, Y.K., & the Media and Social Change Lab (2020). _LAMBOOZLED! The media literacy card game_. New York, NY: Teachers College Press.

**PEER-REVIEWED CONFERENCE PRESENTATIONS**

Abdelbagi, A. & **Literat, I.** (2023, forthcoming). "Mapping the Information Landscapes of Sudanese Youth: Implications for Media Literacy Education." International Communication Association (ICA) Annual Conference. Toronto, Canada.

Kligler-Vilenchik, N., & **Literat, I.** (2022). "Happy Heavenly Birthday, Beautiful Queen": #JusticeForBre and the Black Lives Matter Movement on Instagram." Association of Internet Researchers (AoIR) Annual Conference, Dublin, Ireland.

**Literat, I.,** Boxman-Shabtai, L., & Kligler-Vilenchik., N (2022). Protesting the protest paradigm: Social media as a space for corrective action. International Communication Association (ICA) Annual Conference, Paris, France.

8

**Literat, I.**, Abdelbagi, A., Law, N.Y.L., Cheung, M. Y-Y., & Tang, R. (2021). Likes, sarcasm and politics: Youth responses to a platform-initiated media literacy campaign on social media. Association of Internet Researchers (AoIR) Annual Conference. Virtual conference due to COVID-19.

**Literat, I.**, de Saint-Laurent, C., & Glaveanu, V.P. (2021). Internet memes as partial stories: Identifying political narratives in coronavirus memes. International Communication Association (ICA) Annual Conference. Virtual conference due to COVID-19.

**Literat, I.** (2021). Youth portrayals of online learning on TikTok during the COVID-19 pandemic. International Communication Association (ICA) Annual Conference. Virtual conference due to COVID-19.

**Literat, I.** (2021). "Teachers act like we're robots": TikTok as a window into youth experiences of online learning during COVID-19. American Educational Research Association (AERA) Annual Conference. Virtual conference due to COVID-19.

Liou, AL, & **Literat, I.** (2021). "We need you to listen to us": Youth activist perspectives on intergenerational dynamics and adult solidarity in youth movements. American Educational Research Association (AERA) Annual Conference. Virtual conference due to COVID-19.

**Literat, I.**, & Abdelbagi, A. (2021). Rupture and repair in/via media literacy. Screening Scholarship Media Festival (SSMF). Virtual conference due to COVID-19.

**Literat, I.**, Chang, Y.K., Abdelbagi, A., Law, N.Y.L., Cheung, M. Y-Y., & Tang, R. (2020). Game-based approaches to media literacy education. Northeast Media Literacy Conference. Virtual conference due to COVID-19.

**Literat, I.**, & Kligler-Vilenchik, N. (2020). How popular culture prompts youth collective political expression and cross-cutting political talk: A social media cross-platform analysis. Association of Internet Researchers (AoIR) Annual Conference. Virtual conference due to COVID-19.

Brough, M., **Literat, I.**, & Ikin, A. (2020). "Good social media?": Underrepresented youth perspectives on the ethical and equitable design of social media platforms. Association of Internet Researchers (AoIR) Annual Conference. (Virtual conference due to COVID-19)

Lee, J., Azzarito, L., & **Literat, I.** (2020). Creating Third Space Physical Culture for, with and about Recent Immigrant Girls on Instagram. American Educational Research Association (AERA) Annual Conference. San Francisco, CA. (Conference cancelled)

Chang, Y.K., **Literat, I.**, & Hsu, S.-Y. (2020). Engaging Youth in the Participatory Design of News Literacy Games: Opportunities, Challenges, Future Directions. American Educational Research Association (AERA) Annual Conference. San Francisco, CA. (Conference cancelled)

**Literat, I.**, & Price, C. (2020). Alternative Approaches to Media Literacy Education. Screening Scholarship Media Festival (SSMF). Philadelphia, PA. (Conference cancelled)

**Literat, I.**, Chang, Y.K., Man, S., Truss, A., Hsu, S.-Y.. & Lei, S. (2019). Media Literacy at Play. National Association of Media Literacy Education (NAMLE) Conference. Washington, D.C.

Chang, Y.K., **Literat, I.**, & Hsu, S.-Y. (2019). Research Symposium: Participatory Design. National Association of Media Literacy Education (NAMLE) Conference. Washington, D.C.

**Literat, I.,** & Brough, M. (2019). Amplifying Underrepresented Youth Voices in Social Media Design. International Communication Association (ICA) Annual Conference. Washington, D.C.

**Literat, I.**, & Kligler-Vilenchik, N. (2019). Youth Collective Political Expression on Social Media: The Role of Affordances and Memetic Dimensions for Voicing Political Views. International Communication Association (ICA) Annual Conference. Washington, D.C.

**Literat, I.**, & Markus, S. (2019). 'Crafting a Way Forward': Online Participation, Craftivism and Civic Engagement in Ravelry's Pussyhat Project Group. International Communication Association (ICA) Annual Conference. Washington, D.C.

**Literat, I.**, Chang, Y.K., Ahn, D., Man, S., & Zhu, W. (2019). Gamifying Fake News: Playful Approaches to News Literacy Education for Middle School Students. American Educational Research Association (AERA). Toronto, Canada. **Best Empirical Paper Award (Media, Learning & Culture SIG).**

Brough, M. & **Literat, I**. (2018). From Ethical to Equitable Design: Amplifying Underrepresented Youth Voices in Digital Technology Design. Eighth Annual International Symposium on Digital Ethics. Chicago, IL.

**Literat, I.** (2018). Learning from Online Spaces: Digital Approaches to Understanding Youth Participation, Creativity and Agency. Society for Learning Analytics Research. Learning Analytics Summer Institute (LASI). New York, NY. Keynote talk.

**Literat, I.,** & Kligler-Vilenchik, N. (2018). Educational Implications of Youth Online Political Expression in Non-Political Spaces. International Communication Association (ICA) Annual Conference. Prague, Czech Republic.

Kligler-Vilenchik, N., & **Literat, I.** (2018). Distributed Creativity as Political Expression: Youth Responses to the 2016 U.S. Presidential Election in Online Affinity Networks. International Communication Association (ICA) Annual Conference. Prague, Czech Republic.

**Literat, I.** & Kligler-Vilenchik, N. (2018). Civic Education 2.0: Implications of Youth Online Creativity for Learning and Political Socialization. American Educational Research Association (AERA). New York, NY.

**Literat, I.** (2017). Contemporary Creativity Online: An Examination of the Interplay between Art and Vernacular Creativity on the Internet. Association of Internet Researchers (AoIR) Annual Conference. Tartu, Estonia.

Kligler-Vilenchik, N., & **Literat, I.** (2017). Formative Events, Networked Spaces, and the Political Socialization of Youth. Association of Internet Researchers (AoIR) Annual Conference. Tartu, Estonia.

**Literat, I.**, Kligler-Vilenchik, N., Brough, M., & Blum-Ross, A. (2017). Analyzing Youth Digital Participation: Aims, Actors, Contexts, and Intensities. International Communication Association (ICA) Annual Conference. San Diego, CA.

**Literat, I.**, & Glaveanu, V.P. (2017). Distributed Creativity on the Internet: A Multidimensional Framework for Understanding Online Creative Participation. International Communication Association (ICA) Annual Conference. San Diego, CA.

Glaveanu, V.P., de Saint-Laurent, C., & **Literat, I.** (2017). Constructing Others: Building Representations Through Dialogues Between Perspectives. International Society of Political Psychology (ISPP) Annual Conference, Edinburgh, Scotland.

**Literat, I.**, Conover, A., Herbert-Wasson, E., Page, K., Riina-Ferie, J., Stephens, R., Thanapornsangsuth, S., & Vasudevan, L. (2017). Towards Multimodal Inquiry: Re-Orienting the Way We Work/Think/Play in Research and Scholarship. American Educational Research Association (AERA), San Antonio, TX.

**Literat, I.** (2017). Tapping into the Collective Creativity of the Crowd: The Effectiveness of Key Incentives in Fostering Creative Crowdsourcing. 50th Hawaii International Conference on System Sciences (HICSS-50). Digital and Social Media Track. Kona, HI.

**Literat, I.** (2016). The Concept of Participation in Education and Learning: What Can the Educational Field Learn from Other Domains? Global Education Conference. Online via Blackboard Collaborate.

Glaveanu, V.P., de Saint-Laurent, C., & **Literat, I.** (2016). Perspective taking and the European refugee crisis: Creativity and morality in a new key. Ninth International Conference on the Dialogical Self. Lublin, Poland.

**Literat, I.** (2016). An Interdisciplinary Perspective on Learning, Participation and Power. International Communication Association (ICA) Annual Conference. Fukuoka, Japan.

11

**Literat, I.** (2016). Crowdsourcing a Children's Book about the Internet. South by Southwest Conference and Festival (SXSWedu). Austin, TX.

**Literat, I.** (2015). Crowdsourcing Educational Projects on a Global Scale: From Research to Practice. Global Education Conference. Online via Blackboard Collaborate.

**Literat, I.** (2015). The Adventures of Hashtag the Snail: Opportunities and Challenges in Creative Crowdsourcing. Crowdsourcing and the Academy Symposium. Berkeley, CA.

**Literat, I.** (2015). Interrogating Participation Across Disciplinary Boundaries: Lessons from Political Philosophy, Cultural Studies, and Art. International Communication Association (ICA) Annual Conference, San Juan, PR.

**Literat, I.** (2014). The Art World 2.0: Investigating the Democratizing Effect of the Internet on High Culture. Association of Internet Researchers (AoIR) Annual Conference. Daegu, South Korea.

**Literat, I.** (2014). Crowdsourced Art and Collective Creativity Online. USC Research Symposium. *First Place Award, Social Sciences and Humanities Division*. Los Angeles, CA.

**Literat, I.** (2014). Experiments in Creative Crowdsourcing: How and Why Do Online Communities Generate Creative Content? Annenberg Graduate Fellowship Research and Creative Project Symposium. Los Angeles, CA.

**Literat, I.** (2014). Crowdsourced Art: Activating Creative Publics. South by Southwest (SXSW) Interactive, Austin, TX.

**Literat, I.** (2013). Can MOOCs Really Make a Difference in the Developing World? Global Education Conference. Online via Blackboard Collaborate.

**Literat, I.** (2013). Mediated Public Spaces, Embodiment, and Virtual Communities. Hemispheric Institute Annual Convergence (HEMI). Los Angeles, CA.

**Literat, I.** (2013). Participatory Innovation: The Culture of Contests in Popular Science Monthly. International Communication Association (ICA) Annual Conference, London, U.K.

**Literat, I.** (2013). Crowdsourced Art and Collective Creativity. Annenberg Graduate Fellowship Research and Creative Project Symposium. Los Angeles, CA.

Reilly, E., & **Literat, I.** (2013). Designing with Teachers: Participatory Approaches to Professional Development in Education. Panel organizer. Digital Media and Learning (DML) Conference, Chicago, IL.

**Literat, I.** (2012). The Work of Art in the Age of Digital Participation: Theorizing Crowdsourced Art. International Communication Association (ICA) Annual Conference, Phoenix, AZ. **Top Student Paper Award.**

**Literat, I.** (2012). Connected Viewing. Flow TV Conference, Austin, TX.

**Literat, I.** (2012). Visual Ways of Knowing in Social Scientific Research with Children and Youth. Global Education Conference. Online via Blackboard Collaborate.

**Literat, I.** (2012). Engaging Teachers in Professional Development: A New Framework for Participatory PD. Global Education Conference. Online via Blackboard Collaborate.

Felt, L., Vartabedian, V., **Literat, I.**, and Mehta, R. (2012). Explore Locally, Excel Digitally: A Participatory Learning After-School Program for Enriching Citizenship On- and Offline. National Communication Association (NCA) Annual Conference, Orlando, FL.

**Literat, I.** (2012). Participatory Drawing as a Visual Research Method with Children and Youth. International Communication Association (ICA) Annual Conference, Phoenix, AZ.

**Literat, I.** (2012). The Limits of Participation: Policing Virtual Worlds? Cultural Studies Association Annual Conference, San Diego, CA.

**Literat, I.** (2011). Shifting Notions of Materiality in Future Learning Spaces. Global Education Conference (via Elluminate).

**Literat, I.** (2011). Virtual Bridges: Stimulating Intercultural Understanding and Ethnic Tolerance Through Virtual Interaction. Global Education Conference (via Elluminate).

**Literat, I.** (2011). Romanian Post-Revolutionary Political Discourse. National Communication Association (NCA) Annual Conference, New Orleans, LA.

**Literat, I.** (2011). Integrating Communication Infrastructure Theory with Entertainment-Education:  An Ecological Solution to Common Challenges. National Communication Association (NCA) Annual Conference, New Orleans, LA.

**Literat, I.** (2011). The Rags, the Apron and the Zootsuit: The Image of African-Americans in Wartime Cartoons. International Communication Association (ICA) Annual Conference, Boston, MA.

**Literat, I.** (2011). Cultural Innovation and Narrative Synergy in R. Kelly's *Trapped in the Closet*. International Communication Association (ICA) Annual Conference. Virtual Overlay. Boston, MA.

**Literat, I.** (2011). Measuring New Media Literacies; Towards the Development of a Comprehensive Assessment Tool. Teachers College Educational Technology Conference (TCETC). New York, NY.

**Literat, I.** (2011). The Gendered Participation Gap: Training Women in Developing Countries to Teach New Media Literacies. Teachers College Educational Technology Conference (TCETC). New York, NY.

**Literat, I.** (2011). Exploring the Characteristics of Participatory Learning. Digital Media and Learning (DML) Conference, Long Beach, CA.

Literat, I. (2010). New Media Literacies: The Core Challenges of Implementation and Assessment in International Contexts. Global Education Conference. Online.

## AWARDS AND FELLOWSHIPS

**Top Paper Award (2023)**
Intercultural Communication Division
International Communication Association
*For the paper: Mapping the Information Landscapes of Sudanese Youth: Implications for Media Literacy Education [co-authored with Abubakr Abdelbagi]*

**Faculty Collaboration Grant (2022-2023)**
$20,000
Teachers College, Columbia University
*For the research project: "Suspending Closure: Toward Multimodal and Arts-Based Futures in Research and Public Scholarship"*

**Provost's Investment Fund Award (2021-2022)**
$20,000
Teachers College, Columbia University
*For the research project: "Learning about Fake News through Online Play: The Design, Development and Evaluation of a Digital Game for Media Literacy Education"*

**Early Career Award (2020)**
Media, Learning & Culture Special Interest Group
American Educational Research Association (AERA)

**Spencer Foundation Research Grant (2019-2021)**
$49,619
Principal Investigator
*For the research project: "Youth Collective Political Expression on Social Media: Communication Within and Across Political Differences"*

**Provost's Investment Fund Award (2019-2020)**
$20,000
Teachers College, Columbia University
*For the research project: "Fake News, Misinformation and Media Literacy in Today's Digital Media Ecosystem"*

**Richard Lounsbery Foundation Research Grant (2019-2020)**
$100,000
Co-Principal Investigator

14

*For the research project: "STEAMnasiums for Teacher Learning: A Research, Development, and Demonstration Project"*

**Academically Related Federal Work Study Faculty Award (2019-2020)**
Teachers College, Columbia University
*In support of media literacy research at the Media & Social Change Lab (MASCLab).*

**Best Empirical Paper (2019)**
Media, Learning & Culture Special Interest Group
American Educational Research Association (AERA)
*"Gamifying Fake News: Playful Approaches to News Literacy Education for Middle School Students"*

**Dean's Faculty Diversity Research Award (2018-2019)**
Teachers College, Columbia University
*For the research project: "From Ethical to Equitable Design: Amplifying Underrepresented Youth Voices in Digital Technology Design"*

**First Place (Social Sciences and Humanities) (2014)**
University of Southern California Graduate Research Symposium
*Awarded the top prize out of all USC graduate research projects, as determined by an interdisciplinary panel of faculty judges*

**Best Romanian Student Abroad (North America) (2014)**
Liga Studentilor Romani din Strainatate [League of Romanian Students Abroad]
*Bestowed by the Romanian government, and awarded during a special ceremony at the Romanian Parliament*

**Oxford Internet Institute Summer Doctoral Program Award (2013)**
University of Oxford, UK

**Research and Travel Awards (2010, 2011, 2012, 2013)**
Annenberg School for Communication and Journalism, University of Southern California

**GSG Conference Travel Award (2012, 2013)**
University of Southern California Graduate Student Senate

**HASTAC Fellowship (2012-2013)**
Humanities, Arts, Science and Technology Advanced Collaboratory (HASTAC)

**Phi Kappa Phi Student Recognition Award (2012)**
University of Southern California
*Awarded by the President of the University of Southern California for outstanding achievements in research*

**Top Student Paper Award (2012)**
Visual Communication Division
International Communication Association

**Provost's PhD Fellowship (2010-2015)**
University of Southern California
*The university's most prestigious PhD fellowship, guaranteeing 5 years of financial support*

**First prize, Global Health Awareness Art Competition (2012)**
Institute for Global Health
University of Southern California

**The Modern Story Fellowship (2009-2010)**
The Modern Story, San Francisco

**David Goldberg Prize (2009)**
Middlebury College
*Awarded by the Department of Film and Media Culture, for excellence in the study of film and media*

**Phi Beta Kappa Academic Honors Award (2009)**
Phi Beta Kappa Society

**Davis United World College Foundation Scholarship (2005-2009)**
Middlebury College
*Merit-based scholarship providing full financial support for all 4 years of undergraduate study*

**M.M. Young Foundation Scholarship (2003-2005)**
Lester B. Pearson United World College

**Kwok-Leung Li Foundation Scholarship (2003-2005)**
Lester B. Pearson United World College

**Pro Juventute Recognition Award (2003)**
Mayor's Office, Timisoara, Romania
*Awarded by the Mayor of Timisoara for outstanding academic achievements*

## LABS AND RESEARCH GROUPS

**Media and Social Change Lab (MASClab)** (2015-present)
Associate Director

**Digital Futures Institute** (2021-present)
Affiliated Faculty

**Global Citizens Club** (2017-present)
Faculty Mentor

**Visual Research Center** (Fall 2017-2022)
Affiliated Faculty


## COURSES TAUGHT AT TEACHERS COLLEGE

MSTU 4016: The History of Communication

MSTU 4028: Technology & Culture

MSTU 5102: Art in the Digital Age: Implications of New Media Technologies for Culture and Creativity

MSTU 5199: Digital Research Methods: Qualitative Analyses of Online Data

MSTU 5606: Readings in Communication Theory and Social Thought

MSTU 6532: Seminar in CMLTD: Art, Media & Communication


## DOCTORAL ADVISING

Primary advisor for:

- Sonia Kim (in progress)
- Shell Avenant (in progress)
- Abu Abdelbagi (in progress)
- Monica Meng (in progress)
- Charlotte Price (in progress)
- Paul Joseph Stengel (defended Spring 2020). "The Inputs, Mediators, and Outcomes of Collaborative MOOC Development Teams"
- Candace Bratton (defended Fall 2019). "Lurking, Learning, and Leading:  Educator Participation in Twitter Edchats"
- Sandra Markus (defended Spring 2019). "Through the Eye of a Needle:  Craftivism as an Emerging Mode of Civic Engagement and Cultural Participation"
- Alena Cybart-Persenaire (defended Spring 2017). "Resurrecting Dinosaurs: How Print Journalism Production Using Mobile Phones Impacts Marginalized Students in a High School Classroom"

Secondary reader for:

- James Shanahan (in progress)
- Kyle Matthew Oliver (defended Spring 2022). "Becoming Tapestry: A Multimodal Ethnographic Podcast Exploring Storytelling and Belonging in a Faith-Adjacent Foster Youth Mentoring Network"
- AL Liou (defended Spring 2022). "Equals, Relatives, and Kin: Growing Intergenerational Solidarity between Youth Activists and their Adult Accomplices"

Chairperson / 3rd reader for:

- Zsuzsanna Kozmane-Fejes (defended Fall 2022). "The History of Periodicals in Hungarian Secondary Mathematics Education"
- Joshua Jenkins (defended Spring 2022). "Teacher Perspectives on Literacy Assessment in a Social Media Space"
- Cristina Salazar Gallardo (defended Spring 2017). "Literacy Practices and Identity: The Case of the DREAMers"
- Katherine Williams (defended Spring 2016). "Motivation and Technology Learning in Healthcare"
- Zhou Zhou (defended Spring 2016). "VICTOR: Designing An Analytical Framework For Video-Driven Professional Education Discourse"

Outside reader for:

- Mary-Andree Ardouin-Guerrier (defended Spring 2021). "Assessing the Role of Smartphone Applications as an Educational Tool for Increasing Knowledge and Awareness of Volatile Organic Compound Exposure"
- YongHong McDowell (defended Spring 2021). "Undergraduate Student Misconceptions within Calculus Concepts"
- Ashley Mask (defended Spring 2020). "Wayfinding for Novice Art Museum Educators: A Post-Intentional Phenomenological Exploration"
- Pamela Booth (defended Spring 2019). "Behaviour Analysis Catalyst for Perspective Transformation and Perceptions of Interpersonal Effectiveness"
- Edward Getman (defended Fall 2019). "Age, Task Characteristics, and Acoustic Indicators of Engagement: Investigations into the Validity of a Technology-Enhanced Speaking Test for Young Language Learners"
- Jason Gaines (defended Spring 2018). "Music Technology and the Conservatory Curriculum"
- Ciaran Friel (defended Spring 2018). "How Activity Monitor Use is Associated with Motivation and Physical Activity Behavior"
- Safiyah Satterwhite (defended Fall 2017). Ground Up Leadership:  An Online Course Designed To Aid Education Entrepreneurs In Launching New Ventures
- Shawn McCann (defended Spring 2017). "Mobile Learning for Flow: Use of Mobile Devices to Develop Flow Traits"
- Joanne Duncan-Carnesciali (defended Spring 2016). An Evaluation of the Innovation of E-Health Featuring a Diabetes Self-Management Program Delivered Using Avatar-Based Technology

**RELEVANT WORK EXPERIENCE**

The Modern Story Digital Storytelling Program (2009-2010)
Hyderabad, India
*Field Coordinator and Digital Storytelling Instructor*

- Received a fellowship to set up a digital filmmaking course in Indian public schools
- Designed and implemented a curriculum focused on the theme of social justice, teaching underprivileged Indian youth to use cameras and media software to tell stories of local significance and share them with their communities
- Set up collaborations with local NGOs and hired local staff to increase sustainability

**SERVICE TO THE COLLEGE, PROFESSION AND COMMUNITY**

**Service to Teachers College**

- Artificial Intelligence and Pedagogy Working Group, 2023-present
- Rita Gold Center Director Search Committee, 2023
- CMLTD PhD Program - Proposal Lead, 2023
- CMLTD Lecturer Search Committee, 2023
- Center for History & Education (CHE) Dissertation Fellowship Committee, 2023
- EPSA Politics & Education Faculty Search Committee, 2022-2023
- Faculty Salary Committee, 2022-2023
- Provost's Advisory Council, 2020-2022
- Program Adjacencies Group, Fall 2020
- Faculty Advisory Committee (FAC), 2017-2021
- Department of External Affairs (DEA) Faculty Liaison Committee, 2016-2021
- Medalist Advisory Committee, 2019
- Faculty Development Advisory Committee (FDAC), 2016-2018
- 21st Century Civics Roundtable series, 2017
- Faculty Review Committee, Research Dissertation Fellowship Awards, 2015-2018
- Faculty Review Committee, Dean's Grants for Student Research, 2015-2018

**Service to the Profession**

- Member, Association of Internet Researchers (AoIR) Ethics Working Group, 2016 - present
- Program Chair of Media, Culture & Learning (MCL) Special Interest Group, American Educational Research Association (AERA), 2020-2022
- Board Member, National Association for Media Literacy Education (NAMLE), 2019 - 2021
- Editorial Board Member, *Media and Communication,* 2019-present
- Editorial Board Member, *Journal of Media Literacy Education,* 2019-present
- Reviewer for multiple journals (*New Media & Society; International Journal of Communication; Information, Communication & Society; Qualitative Research; Political Communication; Youth & Society; Journalism & Mass Communication Quarterly; Journal*

*of Media Literacy Education; Learning, Media & Technology; Computers & Education; British Journal of Educational Technology; Visual Studies; Critical Arts; Digital Creativity*) and conferences (International Communication Association, Association of Internet Researchers, American Educational Research Association)

**Service to the Community**

- Advisor, Public Arena Playbook, 2023-present
- Advisor, Local Civics, 2020-present
- Member, Fundatia CAESAR (the Center for Accessing the Expertise of Students and Alumni from Romania), 2015 - present
- Mentor, Blue Heron Foundation, 2012 - present
- Member, DemocracyReady NY Coalition. Center for Educational Equity, Teachers College. Core member of Media Literacy Committee, 2018-2020
- Parent Board, Red Balloon Early Childhood Center (2020-2021)

**Professional Memberships**

- International Communication Association (ICA)
- Association of Internet Researchers (AoIR)
- American Educational Research Association (AERA)
- National Association for Media Literacy Education (NAMLE)

**SELECTED MEDIA COVERAGE**

---

- "TikTok—banned or not, it's probably here to stay, an Ars Frontiers 2023 recap" *Ars Technica* (May 2023)
- "How anonymous social media apps like Yik Yak can empower racist trolls" *PBS NewsHour* (April 2023)
- "This dissident uses Chinese-owned TikTok to criticize China's government" *The Washington Post* (March 2023)
- "TikTok ban would be 'a slap in the face' to young Democratic voters, activists warn" *NBC News* (March 2023)
- "Inside TikTok's Fight to Avoid a US Ban" *Bloomberg* (March 2023)
- "Ban TikTok? Yes, But Congress Needs to Explain Why" *Bloomberg Opinion* (March 2023)
- "At Ticketmaster Hearing, Taylor Swift Lyrics Were the Headliner" *The New York Times* (January 2023)
- "'I-told-you-so moment': Young voter advocates urge parties to take them seriously after midterms" *USA Today* (November 2022)
- "Activists call for civility in abortion debate" *ABC News Live Prime* (November 2022)
- "Speaking the language of TikTok: Politicians court young voters by using Gen Z humor online" *USA Today* (July 2022)
- "What are abortion code words even for?" *The Atlantic* (July 2022)
- "TikTok 'frog army' stunt could have grave consequences, experts warn" *The Guardian* (July 2022)
- "Could John Fetterman shitpost his way to the Senate?" *The Daily Beast* (July 2022)

- "Gen Z activists are influencing the abortion debate on TikTok" *The Washington Post* (June 2022)
- "Alexandra Hunt is on OnlyFans and running for Congress" *Business Insider* (May 2022)
- "Securing the TikTok vote" *The New York Times* (March 2022)
- "Ukraine fights back on TikTok, where war is fought with memes and misinformation" *NBC News* (March 2022)
- "Dans la guerre des images en Ukraine, avantage Zelensky [In the war of images in Ukraine, Zelensky has the advantage]" *Le Temps*, Switzerland (March 2022)
- "Wilkommen im WarTok [Welcome to WarTok]" *Falter*, Austria (March 2022)
- "Astroworld disaster fuels wave of satanic conspiracy theories on TikTok" *The Guardian* (November 2021)
- "What Colleges Should Know About the New Yik Yak" *The Chronicle of Higher Education* (August 2021)
- "Savvy TikTok campaigns give NDP an edge with Gen Z voters" *The Toronto Star*, Canada (August 2021)
- "Forget Critical Race Theory in the Classroom. Kids Are Learning About Race on TikTok" *EdSurge* (July 2021)
- "TikTok's Next Big Gen Z Trend Might Be Viral Protests" *Newsweek* (July 2021)
- "Apply liberally: the TikTok teens fighting political battles with makeup" *The Guardian* (March 2021)
- "The Nonstandard Project: Breaking Standards in Youth Activism" *Ms. Magazine* (February 2021)
- "How to Talk About Social Media and the Capitol Insurrection: A Guide for Teachers" *Education Week* (January 2021)
- "Faima lui Cumpănașu pe TikTok e doar o parte din poveste" [Cumpanasu's fame on TikTok is just one part of the story]. *DoR Concentrat*, Romania (January 2021)
- "John King and Steve Kornacki: TikTok is swooning over a new kind of celebrity: election analysts" *CNN* (November 2020)
- "'Politics on TikTok is anything but boring': Here's how Gen Z TikTokers are already influencing the election" *CNN* (November 2020)
- "Could TikTok be the thing that finally gets young voters to the polls?" mic.com (October 2020)
- "The TikTok Teens Trying to Meme the Vote" *WIRED* (October 2020)
- "Trumped-up anxiety? On TikTok, Americans tell Canadians: 'Please, invade us'" *Toronto Star*, Canada (October 2020)
- "How to Declutter your Digital Life". *The New York Times* (September 2020).
- "Das mächtige Netzwerk" [The Mighty Network]. *Die Zeit*, Germany (August 2020).
- "Why You Can't Look Away From TikTok" *OneZero* (August 2020).
- "Minnesota lawmaker scours TikTok for young voters" *The Star Tribune* (August 2020)
- "Should TikTok Be Banned?" *Al Jazeera*. Video interview for *Start Here* (August 2020).
- "'Tiktokers' y 'kpopers' se adentran en la arena política" [TikTok Users and K-Pop Fans Enter the Political Arena], *El Pais*, Spain (July 2020).
- "Anul TikTok" [The Year of TikTok]. *DoR Concentrat*, Romania (July 2020).
- "TikTok Is Shaping Politics. But How?" Interview in *The New York Times* (June 2020). Also reprinted in *Forbes India*.
- "El COVID no existe: entendiendo la propagación de rumores" [COVID Doesn't Exist: Understanding the Spread of Misinformation], *Animal Político,* Mexico (June 2020)

- "A Call for New York State to Dramatically Improve Media Literacy Education" *TC Newsroom* (June 2020)
- "Three Borders, One War, & Generation TikTok" *VICE News*. Also aired on *VICE* on Showtime (May 2020)
- "How Coronavirus is Finally Fulfilling the Internet's Promise" *VICE News* (April 2020)
- "Reality Check: Using Media Literacy to Push Back on Fake News" *TC Newsroom* (April 2020)
- "Ruminate on This: A game to help young news consumers avoid getting… LAMBOOZLED!" *TC Newsroom* (April 2020)
- "N.Y. Creates 'Containment Zone' Limiting Large Gatherings in New Rochelle". *The New York Times* (March 2020)
- "How a ban on pro-Trump patterns unraveled the online knitting world" *MIT Technology Review* (March 2020)
- "OP-ED: Youth of color and young women use social media the most, so why are most digital technology developers white men?" *The Hechinger Report* (January 2020)
- "Beyond silly videos: Why TikTok matters" *The Christian Science Monitor* (January 2020)
- "Is TikTok a Looming Political Disaster?" *mic.com* (November 2019)
- "OP-ED: Unraveling the Politics of Knitting" *TC Newsroom* (September 2019)
- "Catching up with the post-Google generations" *TC Newsroom* (May 2019)
- "A Medium to Support the Message" *TC Newsroom* (May 2019)
- "Civically Engaged, in Their Own Spaces" *TC Newsroom* (January 2019)
- "Unconventional Wisdom: The New Civics" *Teachers College Magazine* (Spring 2017)
- "Crowdsourcing Through the Ages" *Popular Science* (February 2014)