**The University of North Texas System**     **Chapter 02 – Rule and Policy**
**Board of Regents Rules**                                    **Development**

---

02.200        System, System Administration, and Institution Policy Development

02.201        <u>System Policy</u>. System policies apply to the System as a whole. The Board delegates authority to the Chancellor to develop and adopt System policies subject to the approval of the Office of General Counsel and the requirements of these Regents Rules.

02.202        <u>System Administration Policy</u>. System Administration policies apply to the System Administration. The Board delegates authority to the Chancellor to develop and adopt System Administration policies subject to the approval of the Office of General Counsel and the requirements of these Regents Rules.

02.203        <u>Institution Policy</u>. Institution policies apply only to the Institution that adopts the policy. The Board delegates authority to the Presidents to develop and adopt policies for their respective Institutions, subject to the approval of the Office of General Counsel and the requirements of these Regents Rules.

02.204        <u>Contract Disclaimer</u>. No provision in System, System Administration, or Institution policies shall create a contract, express or implied, with any party.

02.205        <u>Format</u>. System, System Administration, and Institution policies shall be in the format prescribed in Regents Rule 01.102.

02.206        <u>Legal Review</u>. In order to ensure that all policies are consistent and comply with applicable laws and these Regents Rules, all System, System Administration, and Institution policies considered for adoption or amendment must be approved by the Office of General Counsel prior to adoption or amendment.

02.207        <u>Conflicts</u>.

1.        If a System policy or a portion of a System policy is found to be in conflict with System Administration

EXHIBIT 1

or Institution policy, the System policy takes precedence.

2.    When the Vice Chancellor & General Counsel notifies the Chancellor for the System or the System Administration or an Institution President that a policy or portion of a policy is in conflict with a federal or state law or regulation, or a law or regulation is passed which conflicts with System, System Administration, or Institution policy, the law or regulation shall take precedence over the policy or portion of the policy.

02.208    <u>Existing Policies</u>.

1.    Institution policies that were developed and adopted in accordance with policies in effect prior to the effective date of Regents Rule 02.200 shall remain in full force and effect; however, existing Institution policies must be converted to the format prescribed by Regents Rule 02.205 on or before August 31, 2011.

2.    Amendments to existing Institution policies must be reviewed and approved in accordance with Regents Rule 02.200; however, amendments that are limited solely to changing the format of existing Institution policies to comply with Regents Rule 02.205 are exempt from legal review and do not require the approval of the Chancellor.

3.    System policies that were developed and adopted prior to the effective date of Regents Rule 02.200 shall be repealed by action of the Board.   New System and System Administration policies in the format prescribed by Regents Rule 02.205 shall be adopted on or before December 31, 2007.

Adopted:    November 15, 2007
Effective:    November 15, 2007
Revised:    August 20, 2009