| | |
|---|---|
| **The University of North Texas System Board of Regents Rules** | **Chapter 04 – Administration** |

04.200      System Administration

    04.201    <u>Role</u>. Under the direction of the Chancellor, the System Administration shall coordinate the activities of the Institutions.

    04.202    <u>Composition</u>. The System Administration consists of the Chancellor and such Vice Chancellors and employees as the Chancellor may require to accomplish the duties and responsibilities assigned to the System Administration by the Board.

    04.203    <u>Responsibilities</u>. The System Administration's general responsibilities are those designated for all state system administrations in Texas Education Code § 51.353. In addition to other powers and duties provided by the Texas Education Code or other law, the System Administration shall:

        1.    initiate, approve, coordinate, and monitor long-range planning for the System;

        2.    approve short range plans for the Institutions' operations and expenditures;

        3.    provide the Institutions technical assistance such as legal and financial services;

        4.    evaluate and assist each Institution in the achievement of performance goals; and

        5.    perform such other duties as may be delegated to it by the Board.

Adopted:    November 15, 2007
Effective:    November 15, 2007
Revised:

EXHIBIT 2