

| Policy Chapter: | Chapter 3 Governance |
|---|---|
| Policy Number and Title: | 03.001 Mission Statement of the University of North Texas |

I. **Policy Statement**

The University of North Texas (UNT) is a major public research university deeply committed to advancing educational excellence and preparing students to become thoughtful, engaged citizens of the world.

II. **Application of Policy**

Total University

III. **Policy Responsibilities**

UNT is a major public research university deeply committed to advancing educational excellence and preparing students to become thoughtful, engaged citizens of the world.

This is accomplished through a broad and balanced array of programs where well-prepared students and dedicated scholars and artists collaborate with our local and global communities in the creation, integration, application, and dissemination of knowledge.  In this way, UNT creates an enriched and sustainable future for our students, state, nation, and world.

The mission statement for UNT will be reviewed every four years.

IV. **Revision History**

| Policy Contact: | Exec Assist to the President and VP for Planning |
|---|---|
| Approved Date: | 01/01/1983 |
| Effective Date: | 01/01/1983 |
| Revisions: | 12/1993, 05/2000, 11/2004, 07/2006, 03/2015, 07/31/2015, 02/14/2020 |

EXHIBIT 5