# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH, *Plaintiff,* | § § § § | |
| v. | § § | No. 1:23-cv-00783 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, STEVEN C. MCCRAW, in his official capacity as Director and Colonel of the Texas Department of Public Safety, AMANDA CRAWFORD, in her official capacity as Executive Director of the Texas Department of Information Resources and Chief Information Officer of Texas, DALE RICHARDSON, in his official capacity as Chief Operations Officer of the Texas Department of Information Resources, ASHOK MAGO, LAURA WRIGHT, LINDY RYDMAN, CARLOS MUNGUIA, MARY DENNY, MILTON B. LEE, MELISA DENIS, DANIEL FEEHAN, and JOHN SCOTT, JR., in their official capacities as members of the Board of Regents of the University of North Texas System, and MICHAEL WILLIAMS, in his official capacity as Chancellor of the University of North Texas System, *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § | |

---

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS

---

Defendants, Greg Abbott, Steven C. McCraw, Amanda Crawford, Dale

Richardson, Ashok Mago, Laura Wright, Lindy Rydman, Carlos Munguia, Mary

1

Denny, Milton B. Lee, Melisa Denis, Daniel Feehan, John Scott, Jr., and Michael Williams (collectively "Defendants") file this Notice of Appearance of Counsel, giving notice of the appearance of the following Assistant Attorney General as counsel of record, licensed to practice law in the State of Texas and a member in good standing of the State Bar of Texas:

> Christina Cella
> Assistant Attorney General
> General Litigation Division
> P.O. Box 12548, Capitol Station
> Austin, Texas 78711-2548
> Telephone: (512) 475-2952
> Facsimile: (512) 320-0667
> Christina.Cella@oag.texas.gov

Defendants ask the Clerk of this Court and all parties and counsel of record take notice of this appearance of counsel for them, and respectfully request that the Court serve the undersigned with all court-issued notices, all pleadings and other filings, and all other communications with respect to this lawsuit. Todd Dickerson will remain as lead counsel for Defendants.

Dated: September 13, 2023             Respectfully submitted,

                                      ANGELA COLMENERO
                                      Provisional Attorney General of Texas

                                      BRENT WEBSTER
                                      First Assistant Attorney General

                                      GRANT DORFMAN
                                      Deputy First Assistant Attorney General

                                      JAMES LLOYD
                                      Interim Deputy Attorney General for Civil
                                      Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division
RYAN KERCHER
Deputy Chief, General Litigation Division

*/s/ Christina Cella*
CHRISTINA CELLA
Assistant Attorney General
Texas State Bar No. 24106199
Telephone: (512) 475-2952
Facsimile: (512) 320-0667
Christina.Cella@oag.texas.gov

TODD DICKERSON
Attorney-in-charge
Texas Bar No. 24118368
Office of the Attorney General
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Todd.Dickerson@oag.texas.gov
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager to:

Peter B. Steffensen
SMU Dedman School of Law
First Amendment Clinic
P.O. Box 750116
Dallas, TX 75275
(214) 768-4077
psteffensen@smu.edu

Jameel Jaffer
Ramya Krishnan
Stacy Livingston
Knight First Amendment Institute

at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
[jameel.jaffer@knightcolumbia.org](mailto:jameel.jaffer@knightcolumbia.org)
[ramya.krishnan@knightcolumbia.org](mailto:ramya.krishnan@knightcolumbia.org)
*Counsel for Plaintiff*

/s/ *Christina Cella*
CHRISTINA CELLA