IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH, | § § § § § | |
| Plaintiff, | § § | |
| v. | § | 1:23-CV-783-DII |
| ABBOTT et al., | § § § § § | |
| Defendants. | | |

## ORDER

The Court enters the following schedule:

- Defendants shall respond to Plaintiff's Motion for Preliminary Injunction on or before October 23, 2023.

- Plaintiff shall respond to Defendants' Motion to Dismiss on or before October 23, 2023.

- All replies shall be due on or before November 6, 2023.

- In the event that a Preliminary Injunction Hearing is deemed appropriate, it will be held November 15, 2023 at 1:30 pm.

**IT IS FURTHER ORDERED** that Defendants' Motion to Stay, (Dkt. 22), is **DENIED**.

**SIGNED** on September 14, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE