IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br>*Plaintiff*, | § § § § | |
| v. | § § | No. 1:23-cv-00783 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, STEVEN C. MCCRAW, in his official capacity as Director and Colonel of the Texas Department of Public Safety, AMANDA CRAWFORD, in her official capacity as Executive Director of the Texas Department of Information Resources and Chief Information Officer of Texas, DALE RICHARDSON, in his official capacity as Chief Operations Officer of the Texas Department of Information Resources, ASHOK MAGO, LAURA WRIGHT, LINDY RYDMAN, CARLOS MUNGUIA, MARY DENNY, MILTON B. LEE, MELISA DENIS, DANIEL FEEHAN, and JOHN SCOTT, JR., in their official capacities as members of the Board of Regents of the University of North Texas System, and MICHAEL WILLIAMS, in his official capacity as Chancellor of the University of North Texas System,<br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § | |

## DEFENDANTS' OPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Defendants ask this Court for leave to file a 37-page opposition to Plaintiff's motion for a preliminary injunction, a copy of which is filed with this motion. This case involves Texas's partial ban of the social media application, TikTok, due to national security concerns. Texas requests additional pages in part so it can explain why TikTok is a national security threat and adequately brief the important and novel legal issues implicated by Plaintiff's motion. Also notable, Plaintiff: (1) does not

1

have Article III standing for most of its claims, and Defendants need to explain why; (2) applied the wrong First Amendment standard in its opening motion, and Defendants need to explain why; and (3) filed 156 pages' worth of declarations in connection with its motion for injunctive relief, some of which warrant a substantive response.

Thus, Defendants request a short page-limit extension for its opposition to Plaintiff's motion for a preliminary injunction. We thank the Court for its time and attention to this matter.

Date: October 23, 2023                    Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLYOD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Acting Chief, General Litigation Division

/s/ Todd Dickerson
TODD A. DICKERSON
Attorney-in-Charge
Texas Bar No. 24118368
Todd.Dickerson@oag.texas.gov
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548-Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
FAX: (512) 320-0667
**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that on October 12, 2023, I conferred with Plaintiff's counsel, Jameel Jaffer, via email regarding the subject of this motion. He stated that he opposes this motion. The parties' full exchange on this issue is attached as **Exhibit A**.

*/s/ Todd Dickerson*

### CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2023, a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager to:

Peter B. Steffensen
SMU Dedman School of Law
First Amendment Clinic
P.O. Box 750116
Dallas, TX 75275
(214) 768-4077
[psteffensen@smu.edu](mailto:psteffensen@smu.edu)

Jameel Jaffer*
Ramya Krishnan*
Stacy Livingston*
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
[jameel.jaffer@knightcolumbia.org](mailto:jameel.jaffer@knightcolumbia.org)
**COUNSEL FOR PLAINTIFF**

*/s/ Todd Dickerson*