**The University of North Texas System**  **Chapter 04 – Administration**
**Board of Regents Rules**

---

04.100      Chancellor

         04.101      <u>Role</u>.  The Chancellor is the chief executive officer of the System and has direct responsibility for all aspects of the System's operations.  The Chancellor reports to and is responsible to the Board. The Chancellor heads the System Administration, which is used by the Board to exercise its powers and authorities in the governance of the System.

         04.102      <u>Duties and Responsibilities</u>.  The Chancellor, by delegation from the Board, is authorized to exercise the powers and authorities of the Board in the governance of the System.  The Chancellor is authorized to delegate any of the assigned duties and authorities except as restricted by the Board.  Specifically, the Chancellor shall:

                 1.      advise and counsel the Board regarding the policies, purposes, and goals of the System;

                 2.      act on behalf of the Board in implementing its policies and recommending strategies for addressing the common goals established by the Board;

                 3.      direct the management of the System with sound fiscal, legal, and personnel policies and a strong system of internal controls;

                 4.      interpret and articulate the System's academic, administrative, and developmental policies, programs, needs, and concerns to the general public and to other interested parties at the regional, state, and national levels;

                 5.      prepare a recommendation to the Board for a System strategic plan with clear, quantifiable expectations for the System, setting forth recommendations for new areas of service and a corresponding allocation of resources and capital expenditures and periodically cause to be conducted

EXHIBIT 2

       a review of the mission, plans, programs, and organizational structure of each Institution;

6. assess the progress and direction of programs at each Institution to obtain adequate endowments and capital contributions to achieve the goals expressed in Institutional strategic plans and assist campus leaders in their efforts to seek private funds and lead fundraising for System initiatives;

7. recommend administrative appointments requiring Board approval and review with the Board periodically the organization of the System and the Institutions;

8. prepare, in conjunction with the Board Chairman, an agenda for all Board and committee meetings that includes recommendations concerning all required and necessary matters to be approved by the Board and its committees and ensure the adequate posting of these meetings in cooperation with the Board officers;

9. prepare and approve annual operating budgets and capital budgets for the System and the Institutions and submit such recommendations to the Board;

10. prepare and approve biennial legislative submissions to the Legislative Budget Board and to the Office of the Governor for the System and the Institutions;

11. in collaboration with each President, set performance goals and expectations for the Institutions and annually evaluate each President's performance and present that evaluation to the Board for consideration and appropriate action;

12. represent and direct the representation of the System in all aspects of governmental and public affairs, including the legislature, Texas Higher Education Coordinating Board, and other federal, state, and local governmental entities;

13. establish procedures for identifying program and other needs of the System and communicating those

        needs to the Board, the Legislature, and other constituencies;

14. ensure that the System provides necessary financial, legal, audit, government relations, and facilities planning services to the Institutions;

15. administer programs for the construction and/or renovation of the physical plant of the System and each Institution within the limits of policy and recommend to the Board projects requiring Board approval;

16. support the work of the Chief Internal Auditor;

17. within the authority delegated by the Board, appoint, evaluate, promote, transfer, and terminate System Administration employees in accordance with System Administration policies;

18. approve and execute contracts and/or delegate responsibility to others to approve and execute contracts in accordance with Board policy;

19. promote diversity within the System and support appropriate System equity and diversity programs consistent with all applicable state and federal laws; and

20. perform such other duties as assigned by the Board.

Adopted:     November 15, 2007
Effective:    November 15, 2007
Revised: