# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, et al. STEVEN C. MCCRAW, in his official capacity as Director and Colonel of the Texas Department of Public Safety, AMANDA CRAWFORD, in her official capacity as Executive Director of the Texas Department of Information Resources and<br>Chief Information Officer of Texas, DALE RICHARDSON, in his official capacity as Chief Operations Officer of the Texas Department of Information Resources, ASHOK MAGO, LAURA WRIGHT, LINDY RYDMAN, CARLOS MUNGUIA, MARY DENNY, MILTON B. LEE, MELISA DENIS, DANIEL FEEHAN, and JOHN SCOTT, JR., in their official capacities as members of the Board of Regents of the University of North Texas System, and MICHAEL WILLIAMS, in his official capacity as Chancellor of the University of North Texas System,<br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 1:23-cv-00783 |

## ORDER DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

On this day the Court considered the Plaintiff's Motion for Preliminary Injunction, Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction, and all responses and replies thereto.

The Court hereby DENIES Plaintiff's motion for preliminary injunction.

SIGNED on _____, 2023.

_____
United States District Judge