ptop ×  +

amazon.com/s?k=laptop&rh=p_36%3A-6000&crid=31Y1MYPHAPZX3&qid=1698396808&rnid=2421885011&sprefix=laptop%2Caps%2C93&ref=sr_nr_p_36_6

1080p
720p

**Laptop Computer Weight**
Up to 3 Pounds
3 to 3.9 Pounds
4 to 4.9 Pounds
5 to 5.9 Pounds
6 to 6.9 Pounds

**Number of Laptop USB 3.0 Ports**
2
1

**Laptop WLAN**
802.11ac
802.11b/g/n

**Notebook Computer Connectivity Technology**
Bluetooth
Ethernet
HDMI
USB
Wi-Fi

**Computer Processor Count**
1
2
4

**Laptop Usage**
Business
Multimedia
Student

**Laptop CPU Manufacturer**
AMD
Intel
NVIDIA

**Laptop Battery Life**
5 to 7 Hours
8 to 10 Hours
11 Hours & Up

**Laptop Dedicated Graphics Memory**
Up to 1 GB
2 to 3 GB
4 to 5 GB

**Human Interface Input**
Touch Pad
Touchscreen

**Personal Electronics Wireless Connectivity Type**
Bluetooth
Wi-Fi

**Notebook Computer RAM Memory Technology**
DDR3
DDR4
LPDDR3

**Display Type**
Amoled
LCD
LED

**Notebook Computer Hardware Interface**
Bluetooth
DisplayPort
Ethernet
HDMI
Headphone
Media Card
MicroSD
See more

**Business Type**
Small Business

**Laptop Display Resolution**
1366 x 768 pixel
1920 x 1080 pixel

**Camera Description**
Front

**Laptop Computer Refresh Rate**
59 to 89.9 Hz
121 Hz & above

**Laptop Flash Memory Capacity**
8 to 16 GB

HP ChromeBook 11 G4 11.6 Inch Business Notebooks, Intel Celeron Processor N2840 2.16GHz, 2G RAM, 16G SSD, WiFi, HDMI, Chrome OS(Renewed)
143
400+ bought in past month
$54.99 List Price: $60.00
FREE delivery Tue, Nov 7
Or fastest delivery Oct 31 - Nov 1
Climate Pledge Friendly

| Display Size | Disk Size | RAM | Operating System |
|---|---|---|---|
| 11.6 inches | 16 GB | 2 GB | Chrome OS |

Sponsored
Gumdrop SlimTech Laptop Case Fits Dell Chromebook 3110/3100 (Clamshell) Designed for K-12 Students, Teachers and Classrooms–Drop Tested, Rugged, Shockproof Bumpers for Reliable Device Protection–Black
731
$29.95
Save 20% with coupon
prime
FREE delivery Wed, Nov 1 on $35 of items shipped by Amazon
Or fastest delivery Mon, Oct 30
Small Business

Acer 11.6" Intel Celeron 1.60 GHz 4 GB Ram 16 GB Flash Chrome OS|C731-C8VE (Renewed)
36
100+ bought in past month
$50.99 Typical price: $53.00
FREE delivery Tue, Oct 31
Or fastest delivery Mon, Oct 30
Climate Pledge Friendly
More Buying Choices
$50.48 (4 used & new offers)

| Display Size | Disk Size | RAM | Operating System |
|---|---|---|---|
| 11.6 inches | 16 GB | 4.0 GB | Chrome OS |

Lenovo 14" IdeaPad N42-20 Chromebook, Intel N3060 Dual-Core, 16GB eMMC SSD, 4GB DDR3, 802.11ac, Bluetooth, ChromeOS (Certified Refurbished)
95
50+ bought in past month
$57.70
FREE delivery Nov 1 - 3
Or fastest delivery Oct 31 - Nov 1
Only 8 left in stock - order soon.
Climate Pledge Friendly

| Display Size | Disk Size | RAM | Operating System |
|---|---|---|---|
| 14 inches | - | 4 GB | Chrome OS |

HP 11 G5 Chromebook 11.6" Laptop Intel Celeron N 1.60GHz 4GB 16GB SSD - 1FX82UT, Black (Renewed)
2
$51.29 Typical price: $55.62
FREE delivery Tue, Nov 7
Or fastest delivery Oct 31 - Nov 1
Only 9 left in stock - order soon.

| Display Size | Disk Size | RAM | Operating System |
|---|---|---|---|
| 11.6 inches | 16 GB | 16 GB | Chrome OS |

Dell 11-3120 Intel Celeron N2840 X2 2.16GHz 4GB 16GB SSD 11.6", Black (Renewed)
118
100+ bought in past month
$59.99
FREE delivery Tue, Oct 31
Or fastest delivery Mon, Oct 30
Climate Pledge Friendly
More Buying Choices
$57.98 (3 new offers)

| Display Size | Disk Size | RAM | Operating System |
|---|---|---|---|
| 11.6 inches | 16 GB | 4 GB | Chrome OS |

Sponsored
Fccabin Adjustable Laptop Stand for Desk, Ergonomic Aluminum Laptop Riser for Collaborative Work, Natural Heat Dissipation, Foldable & Portable, Fits for All 10-17.3" (Silver)
45
500+ bought in past month
$26.99
Save 20% with coupon
prime
FREE delivery Wed, Nov 1 on $35 of items shipped by Amazon
Or fastest delivery Mon, Oct 30

Lenovo N21 Chromebook 11.6" HD, Celeron N2840 2.16GHz, 4GB, 16GB Solid State Drive, Chrome OS, CAM, ( Renewed)
82

EXHIBIT 2

m/HP-ChromeBook-11-Notebooks-Processor/dp/B084VR7N62/ref=sr_1_6?crid=31Y1MYPHA...