# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Coalition for Independent Technology Research § § § | CIVIL NO: AU:23-CV-00783-RP |
| vs. § § | |
| Greg Abbott, Steven C. McCraw, Amanda Crawford, Dale Richardson, Ashok Mago, Laura Wright, Lindy Rydman, Carlos Munguia, Mary Denny, Milton B. Lee, Melisa Denis, Daniel Feehan, John Scott Jr., Michael Williams | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, November 15, 2023 at 01:30 PM**. All parties, or counsel appearing on their behalf must appear at this hearing.

IT IS SO ORDERED this 9th day of November, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE