IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:23-CV-783-DII |
| | § | |
| GREG ABBOTT, *in his official capacity as Governor of the State of Texas*; STEVEN C. MCCRAW, *in his official capacity as Director and Colonel of the Texas Department of Public Safety*; AMANDA CRAWFORD, *in her official capacity as Executive Director of the Texas Department of Information Resources and Chief Information Officer of Texas*; DALE RICHARDSON, *in his official capacity as Chief Operations Officer of the Texas Department of Information Resources*; ASHOK MAGO, LAURA WRIGHT, LINDY RYDMAN, CARLOS MUNGUIA, MARY DENNY, MILTON B. LEE, MELISA DENIS, DANIEL FEEHAN, and JOHN SCOTT, JR., *in their official capacities as members of the Board of Regents of the University of North Texas System*; and MICHAEL WILLIAMS, *in his official capacity as Chancellor of the University of North Texas System*, | § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On December 11, 2023, the Court entered an order dismissing Defendant Greg Abbott and granting the remaining Defendants' motion to dismiss and dismissing Plaintiff's claims as to them. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on December 12, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE